UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RAAHKIIM BEY,

    Plaintiff,

vs.

RYAN ATWOOD, *et al.*,

    Defendants.

Case No. 3:19-cv-94

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER REQUIRING THE PARTIES TO CONFER IN GOOD FAITH AND TO SUBMIT A RULE 26(f) REPORT ON OR BEFORE JUNE 10, 2019**

---

Plaintiff filed this civil action *pro se*, *i.e.*, on his own behalf without representation by a lawyer.[1] Accordingly, this case is referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Dayton General Order No. 13-01.

Pursuant to Federal Rule of Civil Procedure 26(f), the parties are **ORDERED** to confer informally and in good faith to prepare a Rule 26(f) Report.[2] The parties' Rule 26(f) report shall be filed with the Court on or before **June 10, 2019**. Unless otherwise agreed to by the parties in their Report, initial disclosures must be made as required by Rule 26(a)(1). Rule 26(a)(1) initial disclosures must be served upon all parties in the case and should not be filed with the Court unless filed in support of a motion.

Because Plaintiff is not represented by an attorney, he does not have access to the electronic filing system (CM/ECF) and will not receive service electronically via such system. Accordingly,

---

[1] The Court directs all unrepresented parties to the Guide for *Pro Se* Litigants on the Court's website at http://www.ohsd.uscourts.gov/pro-se-handbook.

[2] A form Rule 26(f) Report of the Parties (applicable to the Western Division at Dayton) is accessible on the Court's website at: http://www.ohsd.uscourts.gov/ohio-southern-district-forms.

all parties must serve all filings pursuant to Fed. R. Civ. P. 5 and a certificate of service must be attached thereto setting forth the date and manner of service.

To ensure timely communication with the Court, all counsel of record and *pro se* Plaintiff must immediately inform the Court and the other parties, in writing, of changes to your mailing address and/or telephone number. In this regard, the parties are **ORDERED** to file notices of change of address or phone number as soon as practicable after any such change.

The parties are **ADVISED** that failure to comply with any provision of this Order may result in appropriate sanctions including, but not limited to, dismissal of this action or the entry of a default judgment pursuant Rule 16(f) and Rule 37(b)(2)(A).

**IT IS SO ORDERED.**

Date:   May 9, 2019            s/ Michael J. Newman
                               Hon. Michael J. Newman
                               United States Magistrate Judge